<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD E. GEBHARDT, JR.,<br><br>Plaintiff,<br><br>v.<br><br>AMIT RAJ BERI, et al.,<br><br>Defendants. | Civil Action No. 23-3008 (JKS) (AME)<br><br>**ORDER**<br><br>July 2, 2024 |

**SEMPER**, District Judge.

This matter comes before the Court on Magistrate Judge André M. Espinosa's Report and Recommendation (ECF 12, "R&R"), issued on June 14, 2024, recommending that this Court grant in part and deny in part Defendant Amit Raj Beri's ("Beri") motion to dismiss, (ECF 6, "Motion"). This Court has considered the parties' submissions, Judge Espinosa's R&R, and for substantially the same reasons stated in Judge Espinosa's R&R,

**IT IS** on this 2nd day of July 2024,

**ORDERED** that Defendant Beri's Motion (ECF 6) is **GRANTED IN PART** and **DENIED IN PART** in accordance with Judge Espinosa's R&R; and it is further

**ORDERED** that this Court adopts Judge Espinosa's June 14, 2024 R&R. (ECF 12.)

**SO ORDERED**.

*/s/ Jamel K. Semper*  
**HON. JAMEL K. SEMPER**  
**United States District Judge**

Orig:     Clerk  
cc:       André M. Espinosa, U.S.M.J.  
           Parties